AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE - PLEASE PRINT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Robert Wilson Dunn, Jr.
Camille Frances Dunn
**NAME OF DEBTOR(S)**

4045 Cherry Way
**ADDRESS**

Lilburn, GA 30047
**CITY, STATE, ZIP**

CASE NO. 10-78099-jen

TELEPHONE NO. 678-428-1070

**FILED**
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

JUL 02 2010

M. REGINA THOMAS,
CLERK

BY: Joe Cook
DEPUTY CLERK

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
**ANSWER:** YES ☑   NO ☐

If someone did assist you, list their name and address:

Cherill Franson
**NAME**

223 East Ashbrook Circle
**ADDRESS**

Midvale, UT 84047
**CITY, STATE, ZIP CODE**

801-837-2237
**TELEPHONE NUMBER**

Did the person assisting you charge or collect any money for helping you in any way?
**ANSWER:** YES ☑   NO ☐   IF "YES", HOW MUCH ($ 149.00 )

Have you filed a bankruptcy case in the past?
**ANSWER:** YES ☐   NO ☑

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

_____

[signature]
**PRO SE PETITIONER**
Robert Wilson Dunn, Jr.

Subscribed and sworn to before me on the 30th day of June, 2010

[signature]
**NOTARY PUBLIC**

_____
**DEPUTY CLERK**

NORMA P. NELSON
NOTARY PUBLIC
Gwinnett County
State of Georgia
My Comm. Expires Feb. 8, 2013

F61 (psafdt)04/04

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Robert Wilson Dunn, Jr.
Camille Frances Dunn
**NAME OF DEBTOR(S)**

CASE NO. 10-78099-jen

4045 Cherry Way
**ADDRESS**

TELEPHONE NO. 678-428-1077

Lilburn, GA 30047
**CITY, STATE, ZIP**

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

JUL 02 2010

M. REGINA THOMAS,
CLERK

_Joe Cook_
DEPUTY CLERK

## PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
**ANSWER:    YES ☑    NO ☐**

If someone did assist you, list their name and address:

Cherill Franson
**NAME**

223 East Ashbrook Circle
**ADDRESS**

Midvale, UT 84047                       801-837-2237
**CITY, STATE, ZIP CODE**              **TELEPHONE NUMBER**

Did the person assisting you charge or collect any money for helping you in any way?
**ANSWER:    YES ☑    NO ☐    IF "YES", HOW MUCH ($149.00 )**

Have you filed a bankruptcy case in the past?
**ANSWER:    YES ☐    NO ☑**

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

_____

_Camille D_____
**PRO SE PETITIONER**
Camille Frances Dunn

Subscribed and sworn to before me on the 30th day of June, 2010

_Norma P. Nelson_
**NOTARY PUBLIC**                       **DEPUTY CLERK**

NORMA P. NELSON
NOTARY PUBLIC
Gwinnett County
State of Georgia
My Comm. Expires Feb. 6, 2013

F61 (psafdt)04/04